## UNITED STATES SOUTHERN DIST. COURT – NEW YORK COUNTY

**WILLIAM HALLOWELL,**

    PLAINTIFF
– vs. –

**THE CITY OF NEW YORK ET AL,**

    DEFENDANT

Index No: **08 CV 6211**
Date Filed: **07/09/2008**
Office No:
Court Date:

STATE OF NEW YORK, COUNTY OF NEW YORK :SS:

**NARCES WHITE** being duly sworn, deposes and says;

I am over the age of 18 years, not a party to this action, and reside in the State of New York.

That on **07/10/2008** at **1:31PM** at **100 CHURCH STREET, NEW YORK, NY 10007**, I served a true copy of the **SUMMONS AND COMPLAINT JURY TRIAL DEMAND** upon **THE CITY OF NEW YORK** the **DEFENDANT** therein named by delivering to, and leaving personally with **SORAYA BONIT, AUTHORIZED TO ACCEPT**, a true copy of each thereof.

Deponent describes the person served as aforesaid to the best of deponent's ability at the time and circumstances of service as follows:

    SEX: **FEMALE**        COLOR: **BLACK**        HAIR: **BLACK**
    APP. AGE: **49**        APP. HT: **5'4**        APP. WT: **110**
    OTHER IDENTIFYING FEATURES: **GLASSES**

Sworn to before me on **07/11/2008**.

HARVEY TAUBER
Notary Public, State of New York
No. 01TA4667012
Qualified in BRONX
Commission Expires 12/31/2010

NARCES WHITE – 1270728
AAA ATTORNEY SERVICE CO. OF NY, INC.
20 VESEY ST., ROOM 1110
NEW YORK, NY 10007
ER