UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x

WILLIAM HALLOWELL,

                              Plaintiff,      **NOTICE OF APPEARANCE**

        -against-

THE CITY OF NEW YORK; NEW YORK CITY POLICE     08 CV 6211 (KMK)
LIEUTENANT WILLIAM TAYLOR; NEW YORK CITY
POLICE OFFICER HARRY VILLANUEVA, SHIELD
#13620; NEW YORK CITY POLICE OFFICER                (filed by ECF)
BEATTY, and NEW YORK CITY POLICE OFFICERS
JOHN DOES #1-4,

                              Defendants.

------------------------------------------------------------------ x

        **PLEASE TAKE NOTICE** that Susan P. Scharfstein hereby enters an appearance for defendant City of New York, on behalf of the Corporation Counsel of the City of New York, Michael A. Cardozo. Please forward any notices concerning this case to the undersigned.

        I certify that I am admitted to practice before this Court.

Dated:     New York, New York
            July 25, 2008

                                          MICHAEL A. CARDOZO
                                          Corporation Counsel of the
                                            City of New York
                                          Attorney for Defendant City of New York
                                          100 Church Street
                                          New York, New York 10007
                                          (212) 227-4071
                                          sscharfs@law.nyc.gov


                             By:          /S/
                                   SUSAN P. SCHARFSTEIN (SS 2476)