**United States District Court**
Southern District of New York
Office of the Clerk
U.S. Courthouse
300 Quarropas Street, White Plains, N.Y. 10601

```
------------------------------------X
Hallowell
                                              NOTICE OF REASSIGNMENT
               -v-
                                              1:08 CV 6211 (DC) (GWG)

City of New York

------------------------------------X
```

Pursuant to the memorandum of the Case Processing Assistant the above entitled action is reassigned to the calendar of

JUDGE: Denny Chin

All future documents submitted in this action shall bear the assigned judge's initials after the case number.

The attorney(s) for the plaintiff(s) are requested to serve a copy of the Notice of Reassignment on all defendants.

Dated: 08/12/08

J. Michael McMahon, CLERK

by: _____
Deputy Clerk

CC:   Attorneys of Record

CASE REDESIGNATED TO: Gabriel W. Gorenstein

i:forms\assign\reass.wpd
WP REASSIGNMENT FORM

Revised: September 9, 2004